

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-74,685-10

### EX PARTE PAMELA DIANA WILBURN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 692000-E IN THE 177TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft by check and sentenced to twenty years' imprisonment. The conviction was affirmed on direct appeal, and this Court denied Applicant's initial habeas application concerning the conviction. *Wilburn v. State*, No. 01-07-00830-CR (Tex. App.—Houston [1st Dist.] del. Jul. 3, 2008); *Ex parte Wilburn*, No. WR-74,685-10 (Tex. Crim. App. del. Dec. 19, 2012).

In her current habeas application, Applicant raises three grounds for relief. The first two

grounds concern the merits of the conviction and do not meet the requirements for consideration under Article 11.07, Section 4, of the Code of Criminal Procedure. They are dismissed as subsequent. The third claim raises a parole issue that is newly available to Applicant. It lacks merit and is denied.

Filed:  July 25, 2018
Do not publish